IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENTLEY A. HOLLANDER, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 10-526 |
| ETYMOTIC RESEARCH, INC., | : |
| Defendant. | : |

## ORDER

**AND NOW**, this _____ day of July, 2010, upon consideration of Defendant Etymotic Research, Inc.'s Motion to Dismiss or Transfer (Doc. 13); Plaintiff Bentley Hollander's Response in Opposition thereto (Doc. 14); Defendant's Motion to File a Reply (Doc. 15); and Plaintiff's Response in Opposition thereto (Doc. 16), **IT IS HEREBY ORDERED and DECREED** that Defendant's Motion to Dismiss or Transfer is **GRANTED IN PART and DENIED IN PART** as follows:

1. Defendant's Motion to Dismiss or Transfer is **GRANTED** to the extent that Plaintiff's Complaint is **DISMISSED** for failure to state with particularity the circumstances constituting Defendant's alleged false marking.

2. Defendant's Motion to Dismiss or Transfer is otherwise **DENIED**.

3. On or before **Monday, July 26, 2010**, Plaintiff may submit an amended complaint that complies with Fed. R. Civ. P. 9(b).

**IT IS FURTHER ORDERED** that Defendant's Motion for Leave to Reply is **DENIED**.

                                                  **BY THE COURT:**

                                                  **/s/ Petrese B. Tucker**

                                                  _____

                                                  **Hon. Petrese B. Tucker, U.S.D.J.**