# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BENTLEY A. HOLLANDER,** | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 10-526 |
| **ETYMOTIC RESEARCH, INC.,** | : |
| Defendant. | : |

## ORDER

**AND NOW**, this _____ day of October, 2010, upon consideration of Defendant, Etymotic Research, Inc's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and/or Federal Rule of Civil Procedure 12(b)(1) (Doc. 29); Plaintiff/Relator's Response in Opposition thereto (Doc. 35); Defendant Etymotic Research, Inc.'s Motion for Reconsideration to Transfer Pursuant to 28 U.S.C. §1401 (a) (Doc. 31); Plaintiff/Relator Bentley Hollander's Response in Opposition thereto (Doc. 32); and Defendant's Motion for Leave to File a Reply (Doc. 36), **IT IS HEREBY ORDERED and DECREED** that Defendant's Motions are **DENIED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.